■ GEORGE R. ARMELE, Appellant, v MOOSE INTERNATIONAL, INC., et al., Respondents. (Appeal No. 2.) [755 NYS2d 356] —Appeal from an order of Supreme Court, Chautauqua County (Gerace, J.), entered December 20, 2001, which denied plaintiff's motion seeking to vacate an order on the ground of excusable default.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs.

Same memorandum as in *Armele v Moose Intl.* (302 AD2d 986 [2003]). Present—Wisner, J.P., Scudder, Burns and Hayes, JJ.